No. 04–1652. FRYER *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–1653. FINNEY *v.* NUGENT, JUDGE, SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1654. MAYERCHECK *v.* HATHAWAY, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, WESTMORELAND COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1656. SUTTON *v.* RHI HOTELS INC. C. A. 9th Cir. Certiorari denied.

No. 04–1658. UNITED STATES EX REL. KING *v.* JACKSON COUNTY HOSPITAL CORP. C. A. 11th Cir. Certiorari denied.

No. 04–1659. KNOX *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–1661. SHEUE-JAN TSAY *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 04–1662. URITSKY *v.* GONZALES, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04–1665. GWIN *v.* MARYLAND MOTOR VEHICLE ADMINISTRATION. Ct. App. Md. Certiorari denied.

No. 04–1666. GIBSON *v.* FARCAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1669. SHESHTAWY ET AL. *v.* SHESHTAWY. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 04–1670. SPRITZER *v.* HERSHKOP ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1674. YPSILANTI BOARD OF EDUCATION ET AL. *v.* MULBAH. C. A. 6th Cir. Certiorari denied.